

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2017

No. 04-16-00679-CV

John M. **DONOHUE**,
Appellant

v.

William **MCMANUS**, Perla Dominguez and Kevin Nakata,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI12457
Honorable Larry Noll, Judge Presiding

## O R D E R

Appellees have filed an amended motion for extension of time to file their brief. The amended motion was filed with appellees' brief. After review, we **GRANT** the motion.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court